UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DARRYL TURNIPSEED,

Plaintiff,

vs CV 00-1508 RHK/SRN

CITY OF MINNEAPOLIS,
DUY NGO, individually and in his professional capacity as a Minneapolis Police Officer;
JOHN DOES, I through X, individually and in their professional capacity as Minneapolis Police Officer;

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 17, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______