**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Darryl Turnipseed,**

**Plaintiff,**

**Court File No.: 00-1508 RHK/SRN**

**vs.**

**City of Minneapolis: Duy Ngo, Individually and in his professional Capacity as a Minneapolis Police Officer; John Does I through X, Individually and in their professional Capacity as Minneapolis Police Officer**

**Defendants.**

**STIPULATION OF DISMISSAL OF DUY NGO** AND ORDER

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiffs' Complaint in the above entitled action may be dismissed with prejudice against Duy Ngo, individually and in his professional capacity, pursuant to Rule 41, Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: December 18, 2001

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant

Dated:

LOREN H. DORSHOW
Attorney Reg. No.
230 Norwest Building - Ridgedale
1809 Plymouth Road South
Minnetonka, MN 55305

Attorney for Plaintiff

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced complaint is dismissed with prejudice as to Duy Ngo, individually and in his official capacity, and without costs or disbursements to any party.

Dated: 1/17/02

Judge of United States District Court